UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA PACHO,

                Plaintiff,          05 CV 10687 (RCC)

   -against-                                __COURT ORDER__

ENTERPRISE RENT-A-CAR COMPANY, ELRAC, INC.,
ALBERTO GARCIA AND "JOHN DOE,"

                Defendants.
------------------------------------------------------------X





To:    The Superintendent of Clinton Annex Correctional Facility
        Clinton Annex Correctional Facility
        Route 374, Cook Street
        P.O. Box 2002
        Dannemora, New York 12929-2000

WHEREAS, Alberto Garcia, DIN # 05A3343, is confined at the Clinton Annex Correctional Facility; and

WHEREAS, a deposition must be conducted of Alberto Garcia in the above-captioned action; it is hereby

ORDERED that the Superintendent of Clinton Annex Correctional Facility transport Alberto Garcia to Sing Sing Correctional Facility, 354 Hunter Street Ossining, New York for the taking of his deposition on December 8, 2006 at 11:00 o'clock in the forenoon and for so long thereafter as the deposition continues; and it is further

ORDERED that Alberto Garcia appear in such place as designated by the Superintendent of Sing Sing Correctional Facility so that his deposition may be taken.

Dated: New York, New York
        November 9, 2006

                                            So Ordered

                                            Honorable Richard Conway Casey
                                            United State District Judge